**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      In re Commitment of Michael Page Summers

Appellate case number:    01-19-00738-CV

Trial court case number:   18-CV-1583

Trial court:               56th District Court of Galveston County

The reporter's record was due on November 7, 2019. The court reporter filed a notice stating that appellant has not paid or made arrangements to pay for the record and is not appealing as indigent. However, the clerk's record contains a statement of inability to afford payment of court costs filed by appellant in the trial court on September 30, 2019. (CR 165-66) *See* TEX. R. CIV. P. 145(a). The record contains no contest or order by the trial court requiring appellant to pay costs. *See* TEX. R. CIV. P. 145(f). The status of inability to afford court costs carries forward on appeal if the trial court does not sign an order overruling the party's claim of indigence. *See* TEX. R. APP. P. 20.1(a).

Appellant has filed a statement of inability and no court order requires him to pay the costs of the appellate record.

Accordingly, the court reporter is ordered to file the reporter's record at no charge to appellant **by January 31, 2020**.

It is so ORDERED.

Judge's signature: _____/s/ Russell Lloyd_____
                                 Acting individually

Date: <u>December 31, 2019</u>